| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALBERT MONTALVO, aka KELVIN MONTALVO, <br><br> Defendant. | Case No:  C 10-3366 SBA <br><br> **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION** <br><br> Docket 30 |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

Good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiff's Ex Parte Application to Continue Specified Deadlines is GRANTED.  Dkt. 30.  The hearing on Plaintiff's Motion for Judgment on the Pleadings, Dkt. 28, is CONTINUED from September 13, 2011, to <u>January 24, 2012 at 1:00 p.m.</u>  Defendant's opposition or statement of non-opposition shall be filed by December 6, 2011.  The failure to timely file a response to the Plaintiff's motion will be construed as a non-opposition to the motion.  Plaintiff shall file its reply by December 13, 2011.  The pretrial conference scheduled for November 8, 2011, the trial date of November 14, 2011, and the deadlines for filing pretrial documents are VACATED. All other deadlines set forth in the Order for Pretrial Preparation shall remain unchanged.  Dkt. 24.  A further case management conference will take place on <u>January 24, 2012, at 1:00 p.m.</u> to follow the hearing on Plaintiff's motion.  Plaintiff shall file a joint case management statement at least seven days prior to the Case Management Conference.  This Order terminates Docket 30.

IT IS SO ORDERED.

Dated: August 23, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

ALBERT A MONTALVO et al,

        Defendant.
                                      /

Case Number: CV10-03366 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Albert A. Montalvo
3170 Kirkcaldy Street
Pleasanton, CA 94588

Dated: August 24, 2011

                                      Richard W. Wieking, Clerk

                                      By: LISA R CLARK, Deputy Clerk