UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALBERT A. MONTALVO, aka KELVIN ) <br> MONTALVO, ) <br> ) <br> Defendant. ) <br> ) | Case No. 10-cv-3366-SBA <br><br> ORDER |

Good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiff's Ex Parte Application to Continue Specified Deadlines is GRANTED. Dkt. No. 35. The hearing on plaintiff's motion for summary judgment shall be held on May 1, 2012, at 1:00 p.m. Plaintiff shall file and serve the complete motion no later than January 23, 2012. Defendant's opposition or statement of non-opposition shall be filed by February 9, 2012. The failure to timely file a response to the Plaintiff's motion will be construed as a non-opposition to the motion. Plaintiff shall file its reply by February 16, 2012. All other deadlines set forth in the Order for Pretrial Preparation shall remain unchanged. Dkt. 24.

Plaintiff is directed to serve a copy of this Order one the defendant and file a proof of service with the Court. This Order terminates Docket 35.

IT IS SO ORDERED.

Dated: January 23, 2012

SAUNDRA BROWN ARMSTRONG
U.S. DISTRICT JUDGE

*Case No. 10-cv-3366-SBA*