1
2
3
4
5                       UNITED STATES DISTRICT COURT
6                      NORTHERN DISTRICT OF CALIFORNIA
7                              OAKLAND DIVISION
8
9  UNITED STATES OF AMERICA,           )
                                        )
10             Plaintiff,               )   Case No.  10-cv-3366-SBA
                                        )
11       v.                             )
                                        )
12 ALBERT A. MONTALVO, aka KELVIN       )   ORDER
   MONTALVO,                            )
13                                      )
               Defendant.               )
14 _____  )

15       Good cause appearing,

16       IT IS HEREBY ORDERED THAT Plaintiff's Ex Parte Application to Continue

17 Specified Deadlines is GRANTED.  Dkt. No. 35.  The hearing on plaintiff's motion for

18 summary judgment shall be held on May 1, 2012, at 1:00 p.m.  Plaintiff shall file and serve the

19 complete motion no later than January 23, 2012.  Defendant's opposition or statement of non-

20 opposition shall be filed by February 9, 2012.  The failure to timely file a response to the

21 Plaintiff's motion will be construed as a non-opposition to the motion.  Plaintiff shall file its

22 reply by February 16, 2012.  All other deadlines set forth in the Order for Pretrial Preparation

23 shall remain unchanged.  Dkt. 24.

24       Plaintiff is directed to serve a copy of this Order one the defendant and file a proof

25 of service with the Court.  This Order terminates Docket 35.

26       IT IS SO ORDERED.

27 Dated: January  23, 2012
28                                                      _____
                                                        SAUNDRA BROWN ARMSTRONG
                                                        U.S. DISTRICT JUDGE

*Case No. 10-cv-3366-SBA*