UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ALBERT MONTALVO, aka KELVIN MONTALVO,<br><br>  Defendant. | Case No:  C 10-3366 SBA<br><br>**JUDGMENT** |

1  In accordance with the Court's Order Granting Plaintiff's Motion for Summary
2  Judgment,
3  IT IS HEREBY ORDERED THAT final judgment is entered in favor of Plaintiff.
4  IT IS SO ORDERED.
5  Dated: May 2, 2012

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

|     |                                                              |
| --- | ------------------------------------------------------------ |
|  1  |                                                              |
|  2  | UNITED STATES DISTRICT COURT<br>FOR THE                      |
|  3  | NORTHERN DISTRICT OF CALIFORNIA                              |
|  4  |                                                              |
|  5  | USA,                                                         |
|  6  |        Plaintiff,         |
|  7  |  v.                                                     |
|  8  | ALBERT A MONTALVO et al,                                     |
|  9  |        Defendant.         |
| 10  | _____/                   |

Case Number: CV10-03366 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Albert A. Montalvo
3170 Kirkcaldy Street
Pleasanton, CA 94588


Dated: May 4, 2012
                                  Richard W. Wieking, Clerk

                                        By: Lisa Clark, Deputy Clerk