1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No: C 10-3366 SBA |
|---|---|
| Plaintiff, | **JUDGMENT** |
| vs. | |
| ALBERT MONTALVO, aka KELVIN MONTALVO, | |
| Defendant. | |

1 | In accordance with the Court's Order Granting Plaintiff's Motion for Summary Judgment,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Plaintiff.

IT IS SO ORDERED.

Dated: May 2, 2012

                                                _____
                                                SAUNDRA BROWN ARMSTRONG
                                                United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

 v.

ALBERT A MONTALVO et al,

        Defendant.
                                       /

Case Number: CV10-03366 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Albert A. Montalvo
3170 Kirkcaldy Street
Pleasanton, CA 94588

Dated: May 4, 2012
                                   Richard W. Wieking, Clerk

                                          By: Lisa Clark, Deputy Clerk